1  DAVID P. MYERS (SBN 206137)
   *dmyers@myerslawgroup.com*
2  ROBERT M. KITSON (SBN 214091)
   *rkitson@myerslawgroup.com*
3  THE MYERS LAW GROUP, A.P.C.
4  9327 Fairway View Place, Suite 100
   Rancho Cucamonga, CA 91730
5  Telephone: (909) 919-2027
   Facsimile: (888) 375-2102
6

7  Attorneys for Plaintiff WILLIAM DOUGLAS
   MCARDLE
8

9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
     Including Professional Corporations
10 TRACEY A. KENNEDY, Cal Bar No. 150782
   NAMAL TANTULA, Cal Bar No. 247373
11 NATASSIA KWAN, Cal Bar No. 294322
   350 South Grand Avenue, 40th Floor
12 Los Angeles, California 90071-3460
   Telephone:    213.620.1780
13 Facsimile:    213.620.1398
   E mail        tkennedy@sheppardmullin.com
14               ntantula@sheppardmullin.com
                 nkwan@sheppardmullin.com
15

16 Attorneys for Defendant
   STATE FARM MUTUAL AUTOMOBILE
17 INSURANCE COMPANY

18

19                        UNITED STATES DISTRICT COURT

20                       NORTHERN DISTRICT OF CALIFORNIA

21
   WILLIAM DOUGLAS MCARDLE, an         Case No.  24-cv-04134-WHO
22 individual,
                                       **ORDER RE: JOINT**
23              Plaintiff,             **STIPULATION TO DISMISS**

24       v.

25 STATE FARM MUTUAL
   AUTOMOBILE INSURANCE
26 COMPANY

27              Defendants.

28

Case No. 24-cv-04134

# [ORDER

Based upon the Parties' Joint Stipulation of Dismissal of Action With Prejudice, this Court finds good cause for such an order and issues an order as follows:

IT IS HEREBY ORDERED.

1. This entire matter is hereby dismissed with prejudice; and

2. Each party will bear their own attorney's fees and costs.

IT IS SO ORDERED.

DATED: 9/23/2025

_____

HON. WILLIAM H. ORRICK

United States District Judge